

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| GARY D. SMITH, | | No. 08-18-00162-CV |
| | § | |
| APPELLANT, | | Appeal from the |
| | § | |
| V. | | County Court at Law No. 5 |
| | § | |
| PAUL T. LOVE, | | of El Paso County, Texas |
| | § | |
| APPELLEE. | | (TC# 2018CCV01154) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be

dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore

dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF OCTOBER, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ